

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIARRA B.-F.[1], <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Acting Commissioner of Social <br> Security, <br><br> Defendants. | No. 1:25-CV-03122-RLP <br><br> ORDER GRANTING PLAINTIFF'S <br> MOTION FOR EAJA ATTORNEY <br> FEES |

Before the Court is Plaintiff's Motion for EAJA Attorney Fees, ECF No. 19. Plaintiff is represented by D. James Tree. Defendant is represented by John Drenning and Joseph P. Derrig.

On February 5, 2026, the Court issued an order remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. 405(g). ECF No. 14.

---

[1] Plaintiff's first name and last initials are used to protect her privacy.

ORDER GRANTING PLAINTIFF'S
MOTION FOR EAJA ATTORNEY FEES * 1

Plaintiff seeks an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA). ECF No. 19.

The EAJA provides for an award of attorney fees and costs to private litigants who both prevail in civil actions (other than tort) against the United States and timely file a petition for fees. 28 U.S.C. § 2412(d)(1)(A). Under the Act, the court shall award attorney fees and costs to the prevailing party unless it finds the government's position was "substantially justified or that special circumstances make such an award unjust." *Id*.

The government did not show its position was substantially justified and the Court finds there are no special circumstances that would make an award unjust.

Plaintiff's total fee request of $5,763.66 is based on 17.0 attorney hours worked in 2025 at the rate of $258.46 per hour, and 5.3 attorney hours worked in 2026 at the rate of $258.46 per hour. ECF No. 17 at 1. Plaintiff requests an award of $405 in costs. Defendant does not object to Plaintiff's request. ECF No. 20.

The Court finds an award of $6,168.66 in EAJA fees and costs is appropriate. EAJA fees, expenses, and costs are subject to any offsets allowed under the Treasury Offset Program (TOP), as discussed in *Astrue v. Ratliff*, 532 U.S. 1192 (2010). If the Commissioner determines upon effectuation of this Order that Plaintiff's EAJA fees are not subject to any offset allowed under the TOP, the

ORDER GRANTING PLAINTIFF'S
MOTION FOR EAJA ATTORNEY FEES * 2

award shall be delivered or otherwise transmitted to Plaintiff's counsel, D James Tree, 3711 Englewood Avenue, Yakima, WA 98902.

**Accordingly, IT IS ORDERED:**

1.     The Motions for EAJA Attorney Fees, **ECF Nos. 16 and 19**, are **GRANTED**.

2.     The Commissioner is directed to pay to Plaintiff as the prevailing party EAJA fees in the amount of $6,168.66, subject to offset of any appropriate debt as set forth above.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED June 5, 2026.

_____
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S
MOTION FOR EAJA ATTORNEY FEES * 3